UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FREDERICK STAMPONE #713769,

                Petitioner,

v.

PEOPLE OF THE STATE OF MICHIGAN
et al,

                Respondent.
_____/

Case No. 2:25-cv-00085

Honorable Paul L. Maloney

## ORDER DENYING *IN FORMA PAUPERIS* STATUS

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. On October 3, 2025, the Court entered an order and judgment dismissing the case without prejudice for Petitioner's failure to update his address with the Court. (ECF Nos. 10, 11.) Petitioner now has filed a notice of appeal and is seeking leave to proceed on appeal *in forma pauperis*. (ECF Nos. 16, 17.)

Federal Rule of Appellate Procedure 3(e) provides that the appellant must pay all required fees at the time a notice of appeal is filed with the district court. Under Sixth Circuit Internal Operating Procedure 3, the docketing fee for a case on appeal is $600.00. In addition, under 28 U.S.C. § 1917, a $5.00 filing fee must be paid to the district court. Petitioner has failed to pay the fees.

The Sixth Circuit has determined that "a prisoner who is unable to pay the required filing fees may seek leave to file an appeal in a Section 2254 or Section 2255 action pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure." *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997). But, under Rule 24(a)(3) and 28 U.S.C. § 1915(a)(3), where the Court has certified that

an appeal would not be taken in good faith, Petitioner is not authorized to proceed on appeal *in forma pauperis*.

As articulated in the October 3, 2025 order dismissing the case (ECF No. 10), the habeas petition was dismissed without prejudice for Petitioner's undisputed failure to keep the court apprised of his address. The Court discerns no good-faith basis for an appeal. The certification under § 1915(a)(3) does not affect Petitioner's responsibility to pay the entire appellate filing fee pursuant to § 1915(b)(1) of the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134. *McGore*, 114 F.3d at 610-611. Because of that certification, Petitioner is not eligible to proceed on appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Petitioner is informed that within 28 days from the date of this notice he must submit the $605.00 filing fee or he must file in the United States Court of Appeals for the Sixth Circuit a motion for leave to proceed *in forma pauperis*, a certified copy of a prisoner trust account statement, and an affidavit of indigence. 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997), *overruled in other part by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Petitioner is also notified that if he fails to pay the filing fee or to file the required documents as described above, the Court of Appeals may dismiss his appeal for failure to prosecute under Rule 3 of the Federal Rules of Appellate Procedure. *See McGore*, 114 F.3d at 610. In that case, this Court will assess the entire filing fee, which will be payable in full regardless of the previous dismissal. *See id.* In addition, the appeal will not be reinstated even if Petitioner subsequently pays the filing fee or requests to proceed as a pauper. *See id.*

Accordingly,

**IT IS ORDERED** that leave to proceed *in forma pauperis* on appeal is DENIED and Petitioner must seek leave to appeal in forma pauperis in the Sixth Circuit Court of Appeals or pay the filing fee as stated above.

Dated:  June 4, 2026                          /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             for the Honorable Paul L. Maloney
                                                             United States District Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

 **All checks or other forms of payment shall be payable to "Clerk, U.S. District Court" and must indicate the case number in which the payment is made.**

3